■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY BONACCI, Also Known as ANTHONY BONACCI, Also Known as BONNACCI, Appellant. [705 NYS2d 543] —Judgment unanimously affirmed. Memorandum: Defendant's contention that certain issues of fact were removed from the jury's consideration by Supreme Court in its charge is not preserved for our review (*see,* CPL 470.05 [2]). In any event, any error is harmless (*see, People v Brewington,* 145 AD2d 962, 963, *lv denied* 74 NY2d 661; *see also, People v Dudley,* 201 AD2d 664, *lv denied* 83 NY2d 871). The facts to which the court referred do not es-

tablish any element of the crime charged (*cf., People v Mason,* 219 AD2d 681; *People v Creeden,* 210 AD2d 422, 424). (Appeal from Judgment of Supreme Court, Monroe County, Wisner, J.—Criminal Mischief, 3rd Degree.) Present—Green, J. P., Hayes, Hurlbutt and Lawton, JJ.